**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 09-0308-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Cristobal Felix-Ahumada, ) | |
| Defendant. ) | |

Defendant Cristobal Felix-Ahumada is currently serving a sentence of 24 months and three years supervised release. Dkt. #26 at 1. He has filed a motion for sentence relief. Dkt. #22. The government has responded. Dkt. #26. Defendant cites the "federal prison bureau non-violent offender relief act of 2003" as the basis for his request for relief. Dkt. #22 at 1. This act, however, was merely a bill introduced in the United States House of Representatives in November of 2003 and never became law. Dkt. #26-1 at 2-6. *See* H.R. 3575, 108th Cong. (2003); 18 U.S.C. § 3624. Because the act was never passed, Defendant cannot rely on it for relief.

**IT IS ORDERED** that Defendant's motion for sentence relief is **denied**.

DATED this 3rd day of November, 2009.

David G. Campbell
United States District Judge